UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sithy Yi,<br><br>                        Petitioner,<br><br>      v.<br><br>Fereti Semaia, et al.,<br><br>                        Respondent(s). | Case No. 5:26-cv-00165-CV-SSC<br><br>**ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2241)** |

     To facilitate the just, speedy, and inexpensive determination of this action, IT IS ORDERED:

     1.    The Clerk of this Court shall promptly (a) serve a copy of the petition and a copy of this Order on the United States Attorney, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

     2.    The Clerk shall also serve Petitioner with a copy of the form Consent to Proceed Before a United States Magistrate Judge (Form CV-11B) along with this Order. If Petitioner wishes to exercise the consent option, Petitioner shall file a completed Form CV-11B with the Clerk and serve Respondent(s) no later than **February 16, 2026**. Respondent(s) may exercise the consent option by filing and serving a

1  completed Form CV-11B no later than **March 2, 2026**.  **The parties**
2  **are free to withhold consent without adverse consequences.**
3       3.    No later than **February 5, 2026**, Respondent(s) shall file
4  and serve a notice of appearance notifying the Court of the name of the
5  attorney who will have principal charge of the case, together with the
6  address where the attorney may be served and the attorney's telephone
7  and fax number.  This information is important to ensure accurate
8  service of court documents.
9       4.    Respondent(s) must give timely notice of any court
10 proceeding to any person who is a "crime victim" within the meaning of
11 18 U.S.C. § 3771.
12      5.    **No later than March 2, 2026, Respondent(s) shall file**
13 **and serve either a motion to dismiss the petition or an answer.**
14

**Motion to Dismiss**

16      6.    If Respondent(s) contend(s) that the petition can be decided
17 without the Court reaching the merits of any of Petitioner's claims, then
18 Respondent(s) shall file a motion to dismiss.  The motion to dismiss
19 should not address the merits of Petitioner's claims, but rather shall be
20 confined to the basis for the contention that dismissal without reaching
21 the merits of Petitioner's claims is warranted.  If Respondent(s)
22 contend(s) that Petitioner has failed to exhaust any administrative
23 remedies as to any ground for relief alleged in the Petition,
24 Respondent(s) shall specify the administrative remedies still available
25 to Petitioner.[1]  When the motion to dismiss is filed, Respondent(s) shall

---

[1] To the extent the petition includes any unexhausted claims, nothing prevents Petitioner from *immediately* exhausting them. Petitioner need not obtain any authorization from the Court or wait

1 electronically lodge with the Court all records bearing on the
2 contentions raised in the motion.  Chambers copies of the records are
3 not required.

4     7.    If Respondent(s) file(s) a motion to dismiss, Petitioner must
5 file an opposition to the motion, or a notice of non-opposition to the
6 motion, no later than **April 1, 2026**.  When filing an opposition,
7 Petitioner should lodge with the Court any records not lodged by
8 Respondent(s) that Petitioner believes may be relevant to the Court's
9 determination of the motion.  Petitioner's opposition shall be limited to
10 responding to the facts or contentions raised in the motion to dismiss.
11 The Court will not consider new grounds for habeas relief that
12 Petitioner asserts for the first time in an opposition to a motion to
13 dismiss.  **Petitioner is advised that failure to file the required**
14 **opposition or non-opposition to a motion to dismiss may be**
15 **construed as consent to the granting of the motion and**
16 **dismissal of the action.  C.D. Cal. Local Civil Rule 7-12.**

17     8.    Respondent(s) may file a reply to Petitioner's opposition no
18 later than **April 22, 2026**.  If the motion is denied, the Court will afford
19 Respondent(s) adequate time to answer Petitioner's claims on the
20 merits.

**Answer**

23     9.    If Respondent(s) do(es) not contend that the petition can be
24 decided without the Court reaching the merits of Petitioner's claims, or
25 if Respondent(s) wish to argue in the alternative, then Respondent(s)
26 shall file and serve an answer.  The answer must respond to all

---

until Respondent(s) file(s) a motion to dismiss to attempt to exhaust any unexhausted claim asserted in the petition.

3

1  allegations in the petition.  When the answer is filed, Respondent(s)
2  shall electronically lodge with the Court all records bearing on the
3  merits of Petitioner's claims.  Chambers copies of the records are not
4  required.

5      10.   Petitioner may file a single reply responding to the answer
6  no later than **April 1, 2026**.  **Petitioner is advised that failure to**
7  **file a reply may result in the allegations of the answer being**
8  **accepted as true pursuant to 28 U.S.C. § 2248.**

9      11.   Any reply filed by Petitioner must (a) state whether
10  Petitioner admits or denies each allegation of fact contained in the
11  answer; (b) be limited to facts or arguments responsive to matters
12  raised in the answer; and (c) not raise new grounds for relief that were
13  not asserted in the petition.  Grounds for relief raised for the first time
14  in the reply will not be considered unless the Court grants leave to
15  amend the petition.  The reply may not be longer than 20 pages unless
16  Petitioner obtains permission from the Court, for good cause shown, to
17  file a longer reply.

**Requests for Extension of Time**

20      12.   A request for an extension of time within which to file any
21  answer, motion, or reply will be granted only upon a showing of good
22  cause and should be made in advance of the due date of the pleading.
23  Any such request shall be accompanied by a declaration explaining why
24  an extension of time is necessary.  **Where Respondent(s) file(s) an**
25  **extension request, Respondent(s) shall include a proposed**
26  **order granting the requested extension.  The proposed order**
27  **shall state a date on which the brief at issue will become due**
28  **upon the granting of an extension, as well as the revised due**

**dates for any subsequent briefs by either party.**  Petitioner is not required to include a proposed order with a request for an extension.

13. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day after the deadline for Respondent(s) to file a reply to Petitioner's opposition to a motion to dismiss, or for Petitioner to file a reply to an answer.

**Submission of Documents**

14. All documents concerning this case are to be addressed and submitted to the Clerk for filing.  Pursuant to Rule 83-2.5 of the Local Civil Rules for the Central District of California, the parties and their attorneys may not communicate with the Judge or her staff by letter.

15. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel).  Any document delivered to the Court without a certificate of service may be returned to the submitting party without consideration by the Court.

16. Unless filing electronically, Petitioner shall submit one original of all documents filed with the Court.  If Petitioner wishes to receive a conformed copy, then Petitioner must submit one original and one copy of all documents filed with the Court.  The Clerk will not make photocopies of documents except for good cause shown.  Petitioner is reminded to sign all original documents.

17. **Pursuant to Rule 41-6 of the Local Civil Rules for the Central District of California, Petitioner is obligated to keep the Court and Respondent(s) apprised of Petitioner's current address.  Petitioner shall immediately notify the Court and**

1 **counsel for Respondent(s) of any change to Petitioner's address.**
2 **Petitioner's failure to do so may result in the dismissal of this**
3 **action for failure to prosecute and/or comply with court orders.**
4
5 DATED: January 15, 2026
6
7         HONORABLE STEPHANIE S. CHRISTENSEN
           UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28