UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITHY YI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FERETI SEMAIA, *et al.*,<br><br>　　　　　Respondents. | Case No. 5:26-cv-00165-CV (SSCx)<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION PURSUANT TO ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [10]** |

　　　　On February 7, 2026, the Court issued a Temporary Restraining Order ("TRO"), which (1) ordered Respondents to immediately release Petitioner from custody, (2) enjoined Respondents from re-detaining Petitioner without compliance with 8 U.S.C. § 241.4(l) and 8 U.S.C. § 241.13(i), (3) enjoined Respondents from removing Petitioner to a third country, and (4) enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Doc. # 10 at 6. The TRO also ordered Respondents to show cause why a preliminary injunction should not issue by March 6, 2026, and noted that Respondents' failure to do so would "be deemed as consent to the granting of a Preliminary Injunction." *Id.*

      Respondents did not file a response to the order to show cause by the March 6 deadline. Accordingly, the Court issues a Preliminary Injunction and ORDERS as follows:

    1.    For the pendency of this lawsuit, Respondents are enjoined from re-detaining Petitioner without compliance with 8 U.S.C. § 241.4(l) and 8 U.S.C. § 241.13(i).

    2.    For the pendency of this lawsuit, Respondents are enjoined from removing Petitioner to a third country absent notice and an opportunity to be heard before a neutral arbiter.

    3.    To preserve the Court's jurisdiction, for the pendency of this lawsuit, Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner.

**IT IS SO ORDERED.**

Dated: 3/10/26

                                      *Cynthia Valenzuela*
                                  HON. CYNTHIA VALENZUELA
                                  UNITED STATES DISTRICT JUDGE