UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00165-CV-SSC                     Date: May 8, 2026

Title       Sithy Yi v. Fereti Semaia, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
None Present                                    None Present

**Proceedings:**    (IN CHAMBERS) **ORDER**

On February 27, 2026, the District Judge granted Petitioner's application for a temporary restraining order (TRO), ordered her release, enjoined her future re-detention without compliance with 8 U.S.C. § 241.4(1) and 8 U.S.C. § 241.13(i), enjoined her removal to a third country absent notice and an opportunity to be heard, and enjoined her transfer outside of this judicial district except to execute a final order of removal.  (ECF 7.)  Thus, no later than **May 18, 2026**, the parties should file a stipulated order and proposed judgment granting the 28 U.S.C. § 2241 petition on the same grounds and under the same terms as the District Judge's ruling on the TRO, with all appellate rights reserved.  *See Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007); *see also Gonzalez v. Arizona,* 677 F.3d 383, 389 n.4 (9th Cir. 2012) (en banc).  If for any reason the parties cannot comply with that instruction, they shall file a joint status report no later than **May 18,**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-00165-CV-SSC                     Date: May 8, 2026

Title       Sithy Yi v. Fereti Semaia, et al.

**2026,** explaining why and proposing dates for a prompt status hearing with the Court.

**IT IS SO ORDERED.**

                                                        :

                                Initials of Preparer        **ts**