UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITHY YI,<br><br>                    Petitioner,<br><br>          v.<br><br>FERETI SEMAIA, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-00165-CV-SSC<br><br>ORDER ON JOINT PROPOSED GRANT OF PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 (ECF 22) |

        The parties jointly request that judgment granting the 28 U.S.C. § 2241 petition be granted on the same grounds and under the same terms as in this Court's order granting Petitioner's motion for a temporary restraining order (ECF 10).  In accordance with the terms of that joint request (ECF 22), IT IS ORDERED that the petition under 28 U.S.C. § 2241 be granted as stipulated, with appellate rights reserved.

Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: 5/29/26

_Cynthia Valenzuela_

_____
HONORABLE CYNTHIA VALENZUELA
United States District Judge

Presented by:

_____
STEPHANIE S. CHRISTENSEN
United States Magistrate Judge

2