UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITHY YI, | Case No. 5:26-cv-00165-CV-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Order on Joint Proposed Grant of Petition and Entry of Judgment under 28 U.S.C. § 2241, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted as set forth in that order.

The Clerk is instructed to close this case.

DATED: 5/29/26

_Cynthia Valenzuela_

HONORABLE CYNTHIA VALENZUELA
United States District Judge

Presented by:

STEPHANIE S. CHRISTENSEN
United States Magistrate Judge